### 3296. CARTER & Co. v. COSTON.

POWELL, J. The plaintiff sued upon an account aggregating $151.75, on which two items, amounting to $75.19, were credited. The defendant answered, denying the allegations of the petition, and further asserting that his account with the plaintiff for the time in question was only $75, and that he had given his note for that sum, and had paid it through the payments credited on the account. *Held,* that the suit was an action to recover only the excess of the account claimed after deducting the conceded payments; that the defendant's answer was not a plea of payment, was not an affirmative plea at all, but was merely a denial that the alleged indebtedness sued on ever existed; and that the court did not err in ruling that the burden of proof rested upon the plaintiff. *Judgment affirmed.*

DECIDED JUNE 29, 1911.

Complaint; from city court of Leesburg—Judge Long. February 20, 1911.

*W. G. Martin,* for plaintiffs.
*Beazley & Ragan,* for defendant.